# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GREGORIO ALONZO HERNANDEZ,

    Defendant.

Case No. 2:10-CR-00245-KJD

**ORDER**

Before the Court are the Government's Motions to Extend Time to File Response (#50) and to Waive Attorney-Client Privilege as to Defendant (#51).

Defendants waive their attorney-client privilege as to a given subject by alleging ineffective assistance counsel as to that subject. See United States v. Ortland, 109 F.3d 539, 543 (9th Cir. 1997). Defendant has filed a Motion to Vacate under 28 U.S.C. § 2255 (#47). Among his allegations are ineffective assistance of counsel both in pleading guilty and regarding appeal. Mr. Momot represented Defendant at his change of plea hearing and Mr. Yi-Lin Zheng represented him at sentencing.

Accordingly, **IT IS HEREBY ORDERED** that the Government's Motion to Waive Attorney-Client Privilege as to Defendant (#51) is **GRANTED** as to all materials and information relating to Defendant's ineffective assistance of counsel claims. **IT IS FURTHER ORDERED** that

Defendant's former Attorneys, Mr. Momot and Mr. Yi-Lin Zheng, provide the Government and file with the Court affidavits, as well as provide to the Government all materials and information addressing Defendant's allegations of ineffective assistance of counsel as to both the trial and appeal. These affidavits and materials must be provided no later than 30 days following the entry of this order.

**IT IS FURTHER ORDERED** that, upon review and good cause appearing, the Government's Motion to Extend Time to File Response (#50) is **GRANTED**. The Government has 30 days from the filing of Mr. Momot's and Mr. Yi-Lin Zheng's affidavits to respond.

DATED this 30th day of August 2013.

_____
Kent J. Dawson
United States District Judge